<u>CIVIL MOTION CALENDAR</u>
<u>September 11th, 2006 - 1:00 PM - ALBANY</u>
<u>HONORABLE GARY L. SHARPE - PRESIDING</u>
<u>COURT CLERK:     W. Griffin</u>
<u>LAW  CLERK:   D. Day</u>
<u>COURT REPORTER:     B. Buckley</u>

(Oral)

*David Price, et al.*

      VS.      1:06cv1083 (GLS/RFT)

*Albany County Board of Elections, et al.*

**RETURN ON APPLICATION FOR ORDER TO SHOW CAUSE FOR TRO**

APPEARANCES:

**Office of Thomas Marcelle**  Tom Marcelle, Esq., for the plaintiff

**NYS BOE**  Todd Valentine, Patricia Murray Esqs., for the defendant

**Albany County BOE**  Kristina Burns, Esq. for deft.

1:05pm   In Court. Oral argument begins.

*Pltf is seeking relief as to two absentee ballots/voters; NYS BOE argues; County BOE takes no position, but advises that this condition may exist in other elections and that all voters may not be addressed; Court= acknowledges that votes must count and grants the TRO to a limited extent to take care of the immediate problem; Counsel for Pltfs to submit proposed Order, crafted to take into account the eventuality of the matter.*

2:20pm  Adj.