**Tom Marcelle**
**Attorney-at-Law**
**2 E-Comm Square, 3rd Floor**
**Albany, New York 12207**
**(518) 427-1720**
**(518) 427-1764 - Fax**

September 11, 2006

<u>FILED ELECTRONICALLY</u>

Honorable Gary L. Sharpe
United States District Court Judge
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

**Re:**   *Price v. Albany County Board of Elections;* **06-CV-1083**

Dear Judge Sharpe:

The parties had consent to the form of the attached order.

Sincerely,
/s
Tom Marcelle
TM/nep