**Tom Marcelle**
**Attorney-at-Law**
**2 E-Comm Square, 3rd Floor**
**Albany, New York 12207**
**(518) 427-1720**
**(518) 427-1764 - Fax**

September 28, 2006

<u>FILED ELECTRONICALLY</u>

Honorable Gary L. Sharpe
United States District Court Judge
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

**Re:** *Price v. Albany County Board of Elections;* **06-CV-1083**

Dear Judge Sharpe:

This letter is to update the Court on the current time line intended by the parties in the above referenced case. Today, the plaintiffs will file an amended complaint which will allow the New York State Board of Elections twenty (20) days to answer. The plaintiffs, approximately 20 days later, will file a motion for summary judgment. The State Board, under the time allotted by rule, will file its response and a cross-motion for summary judgment. It is anticipated that the motion will be returnable before the Court's December or January motion term.

Sincerely,

/s Tom Marcelle
Tom Marcelle

TM/nep