**Tom Marcelle**
**Attorney-at-Law**
**2 E-Comm Square, 3rd Floor**
**Albany, New York 12207**
**(518) 427-1720**
**(518) 427-1764 - Fax**

May 4, 2006

FILED ELECTRONICALLY

Honorable Gary L. Sharpe
United States District Court Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:     *Price v. Albany County Board of Elections;* **06-CV-1083**

Dear Judge Sharpe:

The above referenced case has been moved to the Court's trial calendar.  Counsel for the parties have conferred in an effort to narrow the facts and issues.  The parties have agreed that this case involves a question of law.  In effort to conserve judicial resources, the parties would request an opportunity to make cross motions for summary judgment.  The plaintiffs would move first with a proposed return date of no later than August 16, 2007.

Sincerely,
/s
Tom Marcelle
TM/nep