UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF NEW YORK

Index No. **06-CV-1083** (GLS/RTF)  
(ECF CASE)

---

DAVID PRICE, as a candidate for the position for Albany County Republican Comitteeman from the 14th Ward 6th District, City of Albany; THE ALBANY COUNTY REPUBLICAN COMMITTEE, MARTHA McMAHON, and JAMES THORNTON, Absentee Voters

-Plaintiffs,

-against-

THE ALBANY COUNTY BOARD OF ELECTIONS, THE NEW YORK STATE BOARD OF ELECTIONS, NEIL W. KELLEHER (in his official capacity as a Commissioner of the New York State Board of Elections), DOUGLAS A. KELLNER (in his official capacity as a Commissioner of the New York State Board of Elections), EVELYN J. AQUILA (in her official capacity as a Commissioner of the New York State Board of Elections), and HELENA MOSES DOHOHUE (in her official capacity as a Commissioner of the New York State Board of Elections),

-Defendants,

---

## *NOTICE OF MOTION*

---

**NOTICE IS HEREBY GIVEN**, that on September 6, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendants NEW YORK STATE BOARD OF ELECTIONS and its Commissioners, will move this Court at the U.S. Courthouse, located in Albany, New York, for an order pursuant to Rule 12(b)(6), dismissing this action for failure to state a claim upon which relief may be granted.

This motion is based on this Notice of Motion; and the accompanying Memorandum of Law, dated July 30, 2007; and all the pleadings and papers on file in this action.

DATED:   July 30, 2007
         Albany, New York

*[signature: Todd Valentine]*

**TODD D. VALENTINE** (Bar Roll No. 507572)
Special Counsel, New York State Board of Elections
Attorney for Defendant State Board of Elections
40 Steuben Street, Albany, New York 12207
Tel: (518) 474-6367, Fax: (518) 486-4546