UNITED STATES DISTRICT COURT  Index No. **06-CV-1083** (GLS/RTF)
NORTHERN DISTRICT OF NEW YORK  (ECF CASE)

---

DAVID PRICE, as a candidate for the position for Albany County Republican Comitteeman from the 14th Ward 6th District, City of Albany; THE ALBANY COUNTY REPUBLICAN COMMITTEE, MARTHA McMAHON, and JAMES THORNTON, Absentee Voters

-Plaintiffs,

-against-

THE ALBANY COUNTY BOARD OF ELECTIONS, THE NEW YORK STATE BOARD OF ELECTIONS, NEIL W. KELLEHER (in his official capacity as a Commissioner of the New York State Board of Elections), DOUGLAS A. KELLNER (in his official capacity as a Commissioner of the New York State Board of Elections), EVELYN J. AQUILA (in her official capacity as a Commissioner of the New York State Board of Elections), and HELENA MOSES DOHOHUE (in her official capacity as a Commissioner of the New York State Board of Elections),

-Defendants,

---

## *Defendant State Board of Elections Response to Plaintiff's Rule 7 Statement of Material Facts*

---

Defendants, by their attorney, submit that the following response to plaintiffs Rule 7 Statement of material facts:

1. Oppose the statements contained in Plaintiffs' Paragraphs numbered, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 31, 32, 33, 34, 35, 36, and 37, as these are statements based upon an attorney affirmation.

2. To the extent that any response is made to Plaintiffs' Paragraph number 2, respectfully refer the Court to the relevant county party rules and New York State Election Law section 2-104 for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

3.  To the extent that any response is made to Plaintiffs' Paragraph number 4, respectfully refer the Court to New York State Election Law section 2-106 for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

4.  To the extent that any response is made to Plaintiffs' Paragraph number 5, respectfully refer the Court to the relevant county party rules and New York State Election Law section 2-106 for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

5.  To the extent that any response is made to Plaintiffs' Paragraph number 6, respectfully refer the Court to New York State Election Law section 2-106 for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

6.  To the extent that any response is made to Plaintiffs' Paragraph number 7, respectfully refer the Court to New York State Election Law section 6-118 for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

7.  To the extent that any response is made to Plaintiffs' Paragraph number 8, respectfully refer the Court to New York State Election Law section 7-114(1)(d) for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

8.  To the extent that any response is made to deny the allegations contained in Plaintiffs' Paragraph number 9 because there is no factual foundation to support the assertion.

9.  To the extent that any response is made to deny the allegations contained in Plaintiffs' Paragraph number 10 because there is no factual foundation to support the assertion.

10. To the extent that any response is made to Plaintiffs' Paragraph number 13, respectfully

refer the Court to New York State Election Law section 7-114(1)(d) for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

11. To the extent that any response is made to Plaintiffs' Paragraph number 15, respectfully refer the Court to New York State Election Law section 7-114(1)(d) for an accurate depiction of the contents thereof and deny the statement to the extent it departs therefrom.

DATED:   July 30, 2007
         Albany, New York

*/s/ Todd Valentine*

**TODD D. VALENTINE** (Bar Roll No. 507572)
Special Counsel, New York State Board of Elections
Attorney for Defendant State Board of Elections
40 Steuben Street, Albany, New York 12207
Tel: (518) 474-6367, Fax: (518) 486-4546