# MOTION HEARING MINUTES

*CASE NAME:*

| **David Price, et al.** | VS | **The New York State Board of Elections, et al.** |
|---|---|---|

*CAUSE*:  42:1983 Civil Rights Act          *DATE*:   October 4, 2007

*PROCEEDING:*          Motion Hearing

*LAW CLERKS*:   _____          *CASE NUMBER:*  1:06-cv-1083  (GLS/RFT)

*TRIAL DATE:*   **/**/**          *STENO*:     Bonnie Buckley

Note:       None

| PRINT NAME | FIRM NAME | PARTY: |
|---|---|---|
| Thomas Marcelle, Esq. | Office of Thomas Marcelle | Plaintiffs |
| Todd Valentine, Esq. | New York State Board of Elections | Defendant |

BEGINNING TIME:     10:05 A.M.          END TIME: 10:25 A.M,


10:05 a.m. Attorney Appearances Made.
10:05 a.m. Court turns to strict scrutiny and rational basis review; plaintiff suggesting exception to process of commitment elected before process; goes to whether rational basis exist.
10:06 a.m. Atty. Marcelle states term expires on election day; seven day window; two arguments why irrational; can be certified up to 9 days later; absentee ballots take up to 7 days; could certify in 1 day but would be virtually impossible; certification took 6 days stated in record;
10:07 a.m. Court states 60 registered voters; currently exist is 10, 7 and 7.  Two ballots under seal.
10:07 a.m. Atty. Marcelle states default mechanism.  Very small number; did not affect on goings of Republican committee; up to 7 days for absentee ballot; issues a ballot has to be postmarked and then board tracks it; in with day or two after primary election; 7 day period is outside period; what makes irrational have certification process take longer than absentee no harm to state allowing absentees; in theory

|  |  |
|---|---|
|  | the NYSBOEl, states DiCarlo case; the party chairman can make nomination; can happen delay of certification or absentee ballots; given ballots won't delay; COA has a solution that chairman can act; contest for committee seats are rare; if have to act there are several elections won't stop committee from having a quorum to act. |
| 10:12 a.m. | Atty. Valentine states longstanding, difference in case, absentee ballots not in right to vote; argument here is not about right to vote but privilege of absentee ballots; right to restrict in certain matters; not only votes that do not receive absentee ballots; limited to certain elections; distinction legislature drew; position of those voters; discusses certification time; discusses ballot canvassing; primary election was delayed. |
| 10:18 a.m. | Atty. Marcelle states has a hearing on October 9th for a conservative primary; will be filing a new action in Kingston; discusses New York State Election Law. |
| 10:20 a.m. | Court will RESERVE on decision; Court presumes that plaintiff should lose what would court do with sealed ballots. |
| 10:20 a.m. | Atty. Marcelle would present order to court to preserve those ballots until the appeal was perfected. |
| 10:21 a.m. | Court inquires what happened to ballots if plaintiff does not prevail. |
| 10:21 a.m. | Atty. Valentine states would be destroyed after 2 years of the election. |