=============================================================================

### \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__   **DISTRICT OF**   __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-1083 (GLS/RFT)**

**DAVID PRICE, et al.**

    **v.**

**THE NEW YORK STATE BOARD OF ELECTIONS, et al.**

_____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____X____   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that the Republican Party's motion for summary judgment is DENIED, and the State Board's cross-motion to dismiss is GRANTED; that the TRO dated September 11, 2006 is dissolved; that the complaint is dismissed, in accordance with the Memorandum-Decision and Order, signed by U.S. District Judge Gary L. Sharpe, on October 22, 2007.**

    __October 22, 2007__                              __LAWRENCE K. BAERMAN__
                                                              CLERK OF THE COURT

                                                          BY:     S/
                                                               DEPUTY CLERK
                                                                  John Law