==============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__     **DISTRICT OF**     __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-1083 (GLS/RFT)**

**DAVID PRICE, et al.**

    **v.**

**THE NEW YORK STATE BOARD OF ELECTIONS, et al.**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that the plaintiffs' motion for summary judgment is GRANTED and the defendants' cross-motion to dismiss is DENIED, in accordance with the Mandate issued by the 2nd Circuit and filed with this court on September 30, 2008.**

__October 8, 2008__     __LAWRENCE K. BAERMAN__
                                                    CLERK OF THE COURT

                                                    BY:     S/ _____
                                                          DEPUTY CLERK
                                                          John Law