**Tom Marcelle**
Attorney-at-Law
2 E-Comm Square, 3rd Floor
Albany, New York 12207
(518) 427-1720
(518) 427-1764 - Fax

October 8, 2008

**FILED and SERVED ELECTRONICALLY**

Honorable Gary L. Sharpe
United States District Court Judge
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

**Re:**   *Price et. al. v. Albany County Board of Elections*; 06-CV-1083

Dear Judge Sharpe:

Please be advised that the plaintiffs in the above captioned case are not seeking nominal damages and withdraw the request for the same. Plaintiffs, therefore, would ask the Court to enter judgment.

Further, plaintiffs request that the Court allow 30 days from the date of the entry of judgment for a fee application pursuant to §1988 to be file. The time would allow the parties an opportunity to settle the issue without the need for a formal application.

Sincerely,
/s
Tom Marcelle
TM/nep

SO ORDERED:

*Gary L. Sharpe*
U.S. District Judge
Date: 10/8/08